# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tia Hedges, | No. CV-14-01148-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| U.S. Collections West Incorporated, et al., | |
| Defendants. | |

Plaintiff and Defendants having stipulated to dismissal of this action as to all parties and all claims with prejudice (Doc. 30),

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 10th day of October, 2014.

_____
Diane J. Humetewa
United States District Judge